# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

APRIL LUNA,

                    Plaintiff,

v.                                         **Civil Action No.**  3:17cv919

FRANCISCAN ALLIANCE INC.,

                    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff _____
recover  from the defendant_____the amount of
dollars $_____, which includes prejudgment interest at the rate of_____% plus post-judgment
interest at the rate of_____% along with costs.

___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff_____.

_X_ Other: Judgment entered in favor of Defendant, Franciscan Alliance Inc., and against Plaintiff, April
Luna.

This action was (*check one):*

___ tried to a jury with Judge_____presiding, and the jury has
rendered a verdict.

___ tried by Judge_____without a jury and the above decision was
reached.

_X_ decided by Judge Jon E. DeGuilio on a Motion for Summary Judgment filed by Defendant, Franciscan
Alliance Inc.

DATE:  February 18, 2020              ROBERT N. TRGOVICH, CLERK OF COURT

                                      By: s/ L. Higgins-Conrad
                                        *Signature of Deputy Clerk*